397 A.2d 1249

Commonwealth v. Fife, Appellant.

Petition for Allowance of Appeal Denied June 19, 1979.

Submitted March 13, 1978. Allen H. Smith, for appellant; Donald L. Reihart, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.

397 A.2d 1250

Commonwealth v. Malott, Appellant.

Submitted March 13, 1978. John H. Chronister, Public Defender, for appellant; Michael Worrall, Assistant District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.